IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VANESSA DAWN RADCLIFF                                                                            PLAINTIFF

v.                                               Case No. 12-2189

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                   DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #9) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 21st day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE